DEFT: Lazaro Rodriguez (J)#     CASE NO: 00-4270-BSS
AUSA: Bertha Mitrani Stefin     ATTNY:
AGENT:                          VIOL:
PROCEEDING: Initial Appearance  BOND REC: PTD

BOND HEARING HELD - yes/no      COUNSEL APPOINTED:

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

A-advised of charges
may try to hire
an atty.
(A-has Immigration
hold)

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-24-00 | 11:00am | BSS ✓ |
| PTD/BOND HEARING: | 11-27-00 | 10:00am | BSS ✓ |
| PRELIM/ARRAIGN. or REMOVAL: | 12-1-00 | 11:00am | BSS ✓ |
| STATUS CONFERENCE: | | | |

DATE: 11-21-00    TIME: 11:00am    TAPE # 00-091    PG # 5
2944 - 3158

# COURT MINUTES
U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Margot George (J)# | CASE NO: | 00-4266-BSS |
| AUSA: | Bertha Mitrani *present* | ATTNY: | Robin Farnsworth |
| AGENT: | | VIOL: | 21:952 |
| PROCEEDING: | Initial Appearance | BOND REC: | ~~PTD~~ 50,000 Corp Surety APD |

BOND HEARING HELD - yes/no   COUNSEL APPOINTED: _____

BOND SET @ $25,000 Corp. + 100,000 PSB

CO-SIGNATURES: Son + ex husband

SPECIAL CONDITIONS: _____

☑ 1) Do not violate any law.
☑ 2) Appear in court as directed.
☑ 3) Surrender and/or do not obtain passports/travel documents. *in Miami*
☑ 4) Rpt to PTS as directed for 3 x's a week/month by phone; 1 x's a week/month in person.
☑ 5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
☑ 8) No contact with victims/witnesses.
☑ 9) No firearms.
10) Curfew: _____
☑ 11) Travel extended to: S/FL
12) ___ Halfway House
___ Electronic Monitoring

reside at current address, no illegal drugs or excessive alcohol

*can be relaxed*

A - advised of charges
A - sworn for counsel
A - sworn

| | | | | |
|---|---|---|---|---|
| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | |
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 11-30-00 | 11:00am | BSS | ✓ |
| STATUS CONFERENCE: | | | | |

DATE: 11-20-00   TIME: 11:00am   TAPE # 00-090   PG # 5
2720 -2894
00-091