# UNITED STATES DISTRICT COURT
## Southern District of Florida

NOV 22 '00

| UNITED STATES OF AMERICA | Case Number: CR |
|---|---|
| Plaintiff | |
| V.S. | REPORT COMMENCING |
| LAZARO A. RODRIGUEZ | CRIMINAL ACTION |
| Defendant | 55557-004 |

TO: Clerk's Office    Miami    (Ft. Lauderdale)    W. Palm Beach
    U.S. District Court            (Circle One)

**NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.**

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 11/20/00  11:45 PM

(2) Language Spoken: ENGLISH

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS, W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen    ( ) Yes    (X) No    ( ) Unknown

(5) Date of Birth: 05/03/63

(6) Type of Charging Document:  (Check One)
    ( ) Indictment   ( ) Complaint   (To be filed) Already filed

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: S/Fla
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES   (X) NO

    Amount of Bond: $ PTD    Who set Bond: Seltzer
(7) Remarks: _____

(8) Date: 11/20/00  (9) Arresting Officer: EDDIE CRUZ
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE: 921-3509
(12) Comments: _____

4/04

UNITED STATES DISTRICT COURT
Southern District of Florida

NOV 22

55554-004

| UNITED STATES OF AMERICA | Case Number: CR |
| Plaintiff | 00-4266-Snow |
| V.S. | REPORT COMMENCING |
| Margot George | CRIMINAL ACTION |
| Defendant | |

TO: Clerk's Office      Miami      (Ft. Lauderdale)      W. Palm Beach
U.S. District Court                    (Circle One)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

All items are to be completed. Information not applicable or unknown will be indicated "N/A"

(1) Date and Time of Arrest: 111800 / 0200

(2) Language Spoken: english

(3) Offense (s) Charged: 21USC952-UNLAWFUL IMPORTATION OF NARCOTICS
    21USC841(A) - POSS. W/H INTENT TO DISTR. NARCOTICS

(4) U.S. Citizen       (X) Yes      ( ) No      ( ) Unknown

(5) Date of Birth: 071752

(6) Type of Charging Document:  (Check One)
    ( ) Indictment   (X) Complaint   To be filed/Already filed

    CASE# _____
    ( ) Bench Warrant for Failure to Appear
    ( ) Probation Violation Warrant
    ( ) Parole Violation Warrant

    Originating District: Southern District of Florida
    COPY OF WARRANT LEFT WITH BOOKING OFFICER ( ) YES ( ) NO

Amount of Bond: $_____ Who set Bond: _____
(7) Remarks: _____

(8) Date: 111800       (9) Arresting Officer: Cac. Aro
(10) Agency: U.S. CUSTOMS SERVICE  (11) PHONE (954) 921-3504
(12) Comments: _____