COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Lazaro Rodriguez (J)# | CASE NO: | 00-4270-BSS |
| AUSA: | Bertha Mitrani  present | ATTNY: | |
| AGENT: | | VIOL: | |
| PROCEEDING: | Inquiry re Counsel | BOND REC: | |

BOND HEARING HELD - yes/(no)     COUNSEL APPOINTED: CJA - Richard Docobo

___ BOND SET @

CO-SIGNATURES:

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House
    ___ Electronic Monitoring

A - sworn for counsel

Ct. finds good cause to defer PTD hrg until Friday Dec 1, 2000

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 12-1-00 | | |
| PTD/BOND HEARING: | ~~11-27-00~~ | 10:00am | BSS |
| PRELIM/ARRAIGN. OR REMOVAL: | 12-1-00 | 10:00am | BSS |
| STATUS CONFERENCE: | | | |

DATE: 11-24-00    TIME: 11:00am    TAPE # 00-043    PG # 

3532-3834
00-094

5

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-4266-Seltzer

UNITED STATES OF AMERICA,  :

        Plaintiff,  :

        v.  :

MARGOT GEORGE,  :

        Defendant.  :

_____  :

### NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 21st day of November, 2000, to the office of the United States Attorney, Fort Lauderdale, Florida.

_____
Patrick M. Hunt