# COURT MINUTES

U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

| | | | |
|---|---|---|---|
| DEFT: | Margot George (J)# | CASE NO: | 00-6332-CR-Dimitrouleas ~~00-4266-LES~~ |
| AUSA: | Bertha Mitrani | ATTNY: | FPD Bernado Lopez for Hunt |
| AGENT: | | VIOL: | |
| PROCEEDING: | ~~Prelim~~/Arraignment | BOND REC: | |

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: _____

____ BOND SET @ _____

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ____ X's a week/month by phone; ____ x's a week/month in person.
5) Random urine testing by Pretrial Services. ____ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House ____ Electronic Monitoring

Reading of Indictment waived
Not Guilty plea entered
[illegible] requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:

INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: 12-15-00  11:00am  SNOW

DATE: 12-1-00    TIME: 11:00am    TAPE # 00-096  PG # 4
2856 - 2920