UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.

DEC 0 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

UNITED STATES OF AMERICA

V.                    CASE NO. 00-6332-CR-DIMITROULEAS

LAZARO RODRIGUEZ
MARGOT KORDOS GEORGE

---

TYPE OF CASE:                CRIMINAL

---

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN **RE-SET** AS FOLLOWS:

---

PLACE:
299 E. BROWARD BLVD.              COURTROOM 203E
FT. LAUDERDALE, FL 33301          DATE & TIME:
                                  **January 3, 2001 AT 9:00 A.M.**
                                  **(Previously set for January 5, 2001 at 9:00 )**

---

TYPE OF        CALENDAR CALL/STATUS CONFERENCE
HEARING:

                                  CLARENCE MADDOX,
                                  CLERK OF COURT

DATE:  December 6, 2000                  BY DEPUTY CLERK


cc:   Bertha Mitrani, AUSA
      Richard Docobo, Esq.
      Federal Public Defender's Office

