UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6332-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

vs.

MARGOT GEORGE,

Defendant.
_____/

## NOTICE OF FILING

The Court hereby gives notice of its receipt and filing on this date of the attached correspondence.

DONE AND ORDERED at Fort Lauderdale, Florida this 20th day of December 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Patrick Hunt, Esquire
Assistant Federal Public Defender

United States Attorney's Office

12/15/00

Dear Magistrate Judge Seltzer,

My name is Margot [illegible].
I was in your courtroom about a
month ago. You know at the
time of my bond hearing I
thought I could have the money
to pay for bond. As it stands,
he did have the money and
I am still in custody. Your honor,
I am not here to talk about the
case but I am a teacher who
is substituting because it was
all I could find to finish
my Masters in Education. I am
fearful of me still being
incarcerated. My children are
spending the holidays, they will
without a Christmas and I
will lose my small townhouse
but to realize I can't pay this.
The only thing my children
need to hear is that I am a
productive person in society.
I understand that sometimes
we in our lives make mistakes,
and we also learn from them.
I regret what I have done
I care for them and my
children are God's children.
I am asking you sir, if there
is anything that can be done
so that I can go home and be

with my children and work
my to change everything
you do of the trial.
May God bless you and give
a melpo merry Christmas and
Happy New Year.

Respectfully,
[signature]