UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6332-CR-DIMITROULEAS

UNITED STATES OF AMERICA,   :

    Plaintiff,   :

    v.   :

MARGOT GEORGE,   :

    Defendant.   :

_____:

**UNOPPOSED MOTION TO CONTINUE TRIAL/PLEA**

Defendant, Margot George, through counsel, respectfully moves for a continuance of the trial/plea in this matter by a period of two weeks, from the currently scheduled trial period beginning January 8, 2001, and in support states as follows:

1. Defendant was arraigned in this matter on December 1, 2000. This case is currently set for trial during the two week period beginning January 8, 2001. This is the first trial setting in this matter.

2. Counsel has discussed a plea resolution with the government, and the parties have an agreement in principle to resolve this case by way of plea. The reason for the requested continuance is to allow counsel to recover from shoulder surgery prior to the change of plea hearing. Counsel is scheduled to be operated upon to repair a torn labrum on December 26, 2000. The shoulder is supposed to remain immobilized for 3-4 weeks after the surgery. During the first two weeks after surgery, counsel has been instructed not to remove any bandages or remove the arm from a sling for



any reason. This will obviously make any jail visits in Miami and court appearances difficult during this time.

3. Counsel anticipates that a two week continuance would be sufficient to allow adequate preparation for a change of plea.

4. Ms. George is incarcerated, but concurs in the requested continuance. Bertha Mitrani, the Assistant United States Attorney handling this matter for the government, has authorized counsel to represent that the government does not oppose the granting of the relief requested herein.

WHEREFORE, the Defendant Margot George, through undersigned counsel, respectfully requests that the trial/plea in this cause be continued by a period of at two weeks.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

### CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this ___ day of December, 2000, to Assistant United States Attorney Bertha Mitrani, 299 E. Broward Blvd. Fort Lauderdale, Florida, 33301 and Rick Decobo, Esq. at 1101 Brickell Avenue, Suite 1801, Miami, FL 33131.

_____
Patrick M. Hunt