UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6332-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

　　　　Plaintiff,

v.

MARGOT GEORGE,

　　　　Defendant.
_____/

### ORDER ~~GRANTING~~ Deferring Ruling on UNOPPOSED MOTION TO CONTINUE TRIAL

THIS CAUSE having come before the Court on the Defendant's Unopposed Motion to Continue Trial, bearing Certificate of Service dated December 21, 2000, and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that ~~said motion is~~ **GRANTED**. ~~The trial in this matter is hereby reset as follows:~~ The court defers ruling until a bond hearing scheduled for December 28, 2000 at 10:00 A.M. M. Hunt need not be present, someone from the Fed. Pub. Def. should be here

DONE AND ORDERED on this __27__ day of December, 2000 at Fort Lauderdale, Florida.

　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

cc: 　All counsel of record