UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,   CASE NO. 00-6332-CR-DIMITROULEAS

    Plaintiff,

vs.

MARGOT GEORGE,

    Defendant.
_____/

### ORDER SETTING HEARING

THIS CAUSE having been heard upon a December 21, 2000 Notice of Filing, and the Court construing the December 18, 2000 letter to U.S. Magistrate Judge Barry Seltzer as an appeal for a bond, and the Court not being able to find a bond order in the Court file, the Court sets a bond hearing for <u>December 28, 2000 at 10:00 A.M.</u> in Courtroom 203E.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 22 day of December, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bertha Mitrani, AUSA

Pat Hunt, AFPD

U.S. Marshals

