**CRIMINAL MINUTES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED ___ D.C.
DEC 28 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

---

CASE NUMBER: 00-6332-CR-WPD   DATE: December 28, 2000

COURTROOM CLERK: ~~Karen A. Carlton~~ Amy Jordan   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Margot George

U.S. ATTORNEY: Bertha Mitrani   DEFT. COUNSEL: Bernardo Lopez
for Patrick Hunt

REASON FOR HEARING: Bond Hearing / Motion to Continue Trial

RESULT OF HEARING:
$25,000.00 Corporate Surety Bond and a
$100,000.00 Personal Surety Bond previously
Stipulated between the parties and approved by
Magistrate Seltzer.
Motion to Continue Trial Granted.
Calendar Call scheduled for 1/19/01 @ 9:00 a.m.

~~CASE~~ Trial CONTINUED TO: 1/22/01   TIME: 9:00   FOR: Trial

MISC: _____