UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.

DEC 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,
       Plaintiff,

CASE NO. 00-6332-CR-DIMITROULEAS

vs.

MARGOT GEORGE,
       Defendant

**ORDER GRANTING CONTINUANCE**

_____/

     This matter having come before the Court on the Defendant's Motion To Continue Trial

Date, at hearing held on Thursday, December 28, 2000, after due consideration, it is

     ORDERED AND ADJUDGED that this case is hereby continued to Monday, January 22,

2001 at 9:00 a.m. for Trial; Calendar call scheduled for Friday, January 19,2001 at 9:00 a.m.,

it being further

     ORDERED that the period from the date of this order to January 22,2001 shall be deemed

excludable in computing the time within which the trial of this case must commence pursuant to

Title 18, U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by

continuing the trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED this _____ day of December, 2000,

WILLIAM H. DIMITROULEAS
United States District Court Judge
Southern District of Florida

cc:   Bertha Mitrani, AUSA
      Patrick Hunt/Bernando Lopez, AFPD