**CRIMINAL MINUTES**

FILED ___ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6332-CR-WPD     DATE: January 19, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Margot George

U.S. ATTORNEY: Bertila Mitrani     DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Calendar call / Status Conference

RESULT OF HEARING: Deft's motion to continue is granted. Case to be resolved by way of plea. Court resets case until 2/23/01 @ 1:30 for change of plea or Calendar call.

CASE CONTINUED TO: 2/23/01     TIME: 1:30     FOR: Change of plea

MISC: _____