UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

FILED by ___ D.C.
JAN 19 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,　　　　　CASE NO. 00-6332-CR-DIMITROULEAS

　　　　Plaintiff,

vs.

**ORDER GRANTING CONTINUANCE**

LAZARO RODROGUEZ
MARGOT GEORGE

　　　　Defendant.
_____/

This matter having come before the Court on January 19, 2001 on the Defendants'

Motion To Continue. After due consideration, it is

ORDERED AND ADJUDGED that this case is hereby continued to January 23, 2001 at

1:30 P.M.

ORDERED that the period from the date of this order to trial shall be deemed excludable

in computing the time within which the trial of this case must commence pursuant to Title 18,

U.S.C., Section 3161(h)(8)(A), this Court finds that the ends of justice served by continuing the

trial outweigh the best interest of the public and the defendant(s) in a speedy trial.

DONE AND ORDERED at Ft. Lauderdale, Florida, this ___ day of January, 2001.

　　　　　　　　　　　　　　　　　　　　　WILLIAM P. DIMITROULEAS
　　　　　　　　　　　　　　　　　　　　　United States District Court Judge
　　　　　　　　　　　　　　　　　　　　　Southern District of Florida

cc:　　Bertha Mitrani, AUSA
　　　　Richard Docobo, Esq.
　　　　Patrick Hunt, AFPD