## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6332-CR-WPD     DATE: January 23, 2001

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Margot George

U.S. ATTORNEY: Bertha Mitrani     DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn, ask questions by the Court. Deft to plead guilty to Count 2. Gov't agrees to dismiss remaining counts at time of sentencing.

CASE CONTINUED TO: 4/6/01     TIME: 10:45     FOR: Sentencing

MISC: written plea agreement filed

