**COURT MINUTES**

FILED by OH
FEB - 8 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA**

| | | | |
|---|---|---|---|
| DEPUTY: | MARGOT KARDOS GEORGE | CASE NO: | 00-6332-CR-Dimitrouleas |
| AUSA: | Bertha Mitrani | ATTY: | FPD - Patrick Hunt |
| AGENT: | | VIOL: | |
| PROCEEDING: | Bond Modification | RECOMMENDED BOND: | |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |

BOND SET @: $100,000.00 - Personal Surety To be cosigned by: Defendant's ex-husband

- ☐ Do not violate any law.
- ☐ Appear in court as directed.
- ☐ Surrender and / or do not obtain passports / travel documents.
- ☑ Rpt to PTS as directed / or *as directed* _____ x's a week/month by phone; _____ x's a week/month in person.
- ☐ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ☐ Maintain or seek full - time employment.
- ☐ No contact with victims / witnesses.
- ☐ No firearms.
- ☐ Curfew: _____
- ☐ Travel extended to: _____
- ☐ Halfway House _____

— Defendant released from Custody.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN, OR REMOVAL: | | | | |
| STATUS CONFERENCE: | | | | |

DATE: 2/8/01  TIME: 11:00 A.M.  FTL/LSS TAPE # 00 - 010A  Begin: 1127  End: 1290