UNITED STATES DISTRICT COURT FILED BY
SOUTHERN DISTRICT OF FLORIDA
2001 APR -4  PM 4: 28

CASE NO. 00-6332-CR-DIMITROULEAS

CLERK U.S. DIST. CT.
S.D. OF FLA-FTL

UNITED STATES OF AMERICA,    :

    Plaintiff,    :

    v.    :

MARGOT GEORGE,    :

    Defendant.    :

_____ :

## DEFENDANT'S OBJECTIONS TO PRESENTENCE INVESTIGATION REPORT

Defendant, Margot George, through counsel, respectfully files the following objections to the Presentence Investigation Report (PSI) prepared in this case:

### DRUG QUANTITY (PARAGRAPH 27).

As a part of the written plea agreement, the government and defense agreed that Ms. George should be held accountable for sentencing purposes only for the amount of cocaine she personally carried into the United States, that is, 387.7 grams. This agreement was disclosed to the Court at the time of the plea, and was also disclosed to probation. Nevertheless, the probation office has grouped the cocaine Ms. George was carrying together with the cocaine carried by her codefendant, Lazaro Rodriguez, making the drug quantity a total of 1,213 grams. Defendant asks the Court to honor the factually based agreement of the parties and to sentence Ms. George based upon a total quantity of 387.7 grams, the amount she actually possessed on November 17, 2000. This would change her



base offense level to Level 22.

Respectfully submitted.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____

Patrick M. Hunt
Assistant
Federal Public Defender
Florida Bar No. 571962
Attorney for Defendant
101 N.E. 3rd Avenue, Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436 / (Fax) 356-7556

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the aforementioned motion was mailed on this 4th day of April, 2001, to Assistant United States Attorney Bertha Mitrani, 299 E. Broward Blvd. Fort Lauderdale, Florida, 33301 and to USPO Eugene Davis, Room 315, US Courthouse, 300 NE First Avenue, Miami, FL 33132.

_____

Patrick M. Hunt