**CRIMINAL MINUTES**

FILED by _____ D.C.
APR 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6332-CR-WPD    DATE: April 6, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Coley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Margot George

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: Patrick Hunt

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed:
24 months BOP, 3 years Supervised Release
No Fine, $100.00 Assessment,

Court recommends Boot Camp.
Deft motion for Voluntary Surrender is Denied.
Deft Remanded to Custody.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft Informed of Right to Appeal.