# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>MARGOT GEORGE | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **00-6332-CR-WPD**<br>Counsel For Defendant: **Patrick Hunt, AFPD**<br>Counsel For The United States: **Bertha Mitrani, AUSA**<br>Court Reporter: **Robert Ryckoff** |

**THE DEFENDANT:**

[X] pleaded guilty to count(s)   TWO

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] Was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 21 USC § 952 (a) | **Importation of Cocaine** | 11/17/2000 | Two |

The defendant is sentenced as provided in pages 2 through __8__ Of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] Count(s)   1,3,4 (are) dismissed on the motion of the United States.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **7/17/1957**
Defendant's USM Number: **55554-004**

Defendant's Residence Address:
1921 SW 107th Avenue
Apt 509
Miami, FL 33165

Defendant's Mailing Address:
Federal Detention Center
33 NE 4th Street,
Miami, FL 33132

**April 6, 2001**
Date of Imposition of Judgment

Signature of Judicial Officer

**William P. Dimitrouleas**
United States District Judge

Date: 4/9/2001

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 4/9/01

DEFENDANT: **GEORGE, MARGOT**
CASE NUMBER: **00-6332-CR-WPD**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of 24 Months.

[X] **The Court makes the following recommendations to the Bureau of Prisons:** that defendant be allowed to participate in the "boot camp" program.

[X] **The defendant is remanded to the custody of the United States Marshal.**

[ ] The defendant shall surrender to the United States Marshal for this district.

    [ ] At     A.m. / p.m. on

    [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:.

    [ ] Before 2:00 p.m. on

    [ ] as notified by the United States Marshal.

    [ ] As notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

Defendant delivered on __5-01-01__ To __FCC Coleman-Cam__

at __Coleman, Fla__, with a certified copy of this judgment.

UNITED STATES MARSHAL

By __Wmdritto__
Deputy U.S. Marshal