UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA



FILED by _____ D.C.
JUN 0 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA,          CASE NO. 00-6332-CR-DIMITROULEAS

    Plaintiff,

vs.

MARGOT GEORGE,

    Defendant.
_____/

## ORDER

THIS CAUSE having been heard upon Defendant's pro se June 4, 2001 letter requesting mitigation, it is DENIED.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this _6_ day of June, 2001.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished :

Margot George, #55554-004
c/o FCC - Camp Coleman
P.O. Box 759
Coleman, FL 33521-0759

Pat Hunt, AFPD

Bertha Mitrani, AUSA



MARGOT GEORGE
55554-004
FEDERAL CORRECTIONAL COMPLEX
CAMP COLEMAN
P.O. BOX 759
COLEMAN, FL. 33521-0759

JUNE 4, 2001


THE HONORABLE WILLIAM P. DIMITROULEAS
United States District Court Judge
Southern District of Florida
United States Courthouse
299 E. Broward Blvd. Rm #203
Ft. Lauderdale, Florida 33301

Dear Judge Dimitrouleas:

I was sentenced in your court on April 6, 2001. Your judgement recommended
to the bureau of prisons that I participate in the BOOT CAMP program. I am
attaching a copy of a letter that was given to me by my case manager at
FPC Coleman. Please take notice that the BOP is denying me the opportunity
to participate in this program.

I have researched the criteria for participation and cannot find any written
rules of qualification that would bar me from the opportunity to complete
the program and return to my community as you recommended.

Given the fact that the BOP denied your recommendation and the fact that I
cannot continue my pursuit of a degree in education while I am incarcerated,
I am appealing to you to consider a sentence reduction that would enable me to
return to my family within the time frame of your original recommendation.

I thank you for your considerations that will give me the opportunity to be
a responsible parent and a responsible member of society.

Sincerely,

MARGOT GEORGE

U.S. Departme... of Justice

Federal Bureau of Prisons

Federal Correctional Complex, Coleman

846 N.E. 54th Ter.
Coleman, Florida 33521-1029

May 31, 2001

The Honorable William P. Dimitrouleas
United States District Court Judge
Southern District of Florida
United States Courthouse
299 E. Broward Blvd. Rm. #203
Ft. Lauderdale, Florida 33301

Re: GEORGE, Margot
    Reg. No. 55554-004
    Docket No. 00-6332-CR-DIMITROULEAS

Dear Judge Dimitrouleas:

Thank you for your Judgement in a Criminal Case concerning Ms. George in which you recommended she participate in the Bureau of Prisons Intensive Confinement Center Program, (Boot Camp), when eligible.

In accordance with the Federal Bureau of Prisons Policy Statement 5390.07, Intensive Confinement Center Program, for an inmate to be eligible for the program, she must show a need for an adult literacy program, vocational training, drug and alcohol counseling, and life coping skills. Ms. George has an extensive educational background, employment history, and no history of drug usage. Therefore, she is ineligible to participate in the program.

During Ms. George's initial classification at FCC Coleman-Medium, FL, she was encouraged to participate in the Inmate Financial Responsibility Program, attend correctional counseling groups, maintain clear conduct, and was referred for Psychological counseling to assist her in coping with incarceration.

We appreciate your recommendations in these matters of mutual concern. I regret that we could not provide the Intensive Confinement Center Program for Ms. George. However, if we can be of further assistance, please do not hesitate to contact us.

Sincerely,

Jacquie T. Milner
Warden

Manuel Disney
#55554-004
Federal Detention Camp
Coleman Camp
P.O. Box 879
Coleman, Fl.
33521-0879

Honorable William Dimitrouleas
United States District Court Judge
United States Courthouse
299 E. Broward Blvd. Rm. 205
Ft. Lauderdale, Fl. 33301

33301+1304