PROB 12B                                                                 SD/FL PACTS No. 66274
(SD/FL 9/96)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6332-CR-WPD</u>

**Request for Modifying the Conditions or Term of Supervision
with Consent of the Offender**
(Probation Form 49, Waiver of Hearing is Attached)



Name of Offender: GEORGE, Margot

Name of Sentencing Judicial Officer: The Honorable William P. Dimitrouleas
                                     U.S. District Court Judge, Fort Lauderdale, FL

Date of Original Sentence: April 6, 2001

Original Offense:   Importation of Cocaine, in violation of Title 21 U.S.C. § 952(a). A Class C felony.

Original Sentence:  24 months custody of the Bureau of Prisons, followed by a three (3) year term of
                    supervised release and $100.00 special assessment. Special conditions: Participation in
                    an inpatient/outpatient mental health treatment program.

Type of Supervision: Supervised Release           Date Supervision Commenced: October 9, 2002

---

## PETITIONING THE COURT

[ ]   To extend the term of supervision for __ years, for a total term of __ years.
[X]   To modify the conditions of supervision as follows:

**The defendant shall participate in the Home Detention Electronic Monitoring Program
for up to 180 days. During this time the defendant shall remain at her place of residence
except for employment and other activities approved in advance by the U.S. Probation
Officer. The defendant shall maintain a telephone at her place of residence without "call
forwarding", "call waiting", a modem, "caller ID", or "call back/call block" services for
the above period. The defendant shall wear an electronic monitoring device and follow
the electronic monitoring procedures specified by the U.S. Probation Officer. You shall
pay for the electronic monitoring equipment at a rate of $3.47 per day or in accordance
with your ability to pay as determined by the U.S. Probation Officer.**



PROB 12B  
(SD/FL 9/96)

SD/FL PACTS No. 66274

Name of Offender: GEORGE, Margot               CASE NO. 00-6332-CR-WPD

# CAUSE

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Standard Condition,** by failing to notify the probation office of a change in employment. On or about May 7, 2004, the defendant left employment with Big Lots located at 11379 Bird Road Miami, Florida 33165 and she failed to notify the probation office. |
| 2. | **Violation of Standard Condition,** by failing to notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer. On May 2, 2004, the defendant was questioned by Miami-Dade Police, Miami-Dade County, Florida, and she failed to advise the probation officer until May 28, 2004. |
| 3. | **Violation of Standard Condition,** by associating with a person who is a convicted felon without the permission of the U.S. Probation Officer. On or about May 2, 2004, the defendant knowingly associated with Armando Montalvo, Black/Male, DOB 10/14/1954, FBI No. 840242DA4, convicted in Miami-Dade County/Miami, Florida/District Court on 7/15/1993, Docket No. 1:91CR00413 of Conspiracy to Possess With Intent to Distribute Cocaine and sentenced to 151 months custody of the Bureau of Prisons and a five (5) year term of supervised release. |

On May 27, 2004, the probation officer received a telephone call from the defendant indicating that she had been threatened by Armando Montalvo, who is a convicted felon and was formally under federal supervision. At that time, the probation officer advised her to seek a restraining order through the Miami-Dade County courts.

On May 28, 2004, the probation officer received a telephone call from Armando Montalvo, who indicated he had just ended a romantic relationship with the defendant. He further indicated that the supervised releasee had recently been terminated from her employment and she may be involved with selling stolen clothing. The same day the probation officer responded to the defendant's last known employment at Big Lots and interviewed Assistant Manager Luis Ecchevarria. He confirmed that the defendant had been terminated about two (2) weeks earlier, due to an incident where some merchandise was missing. He further indicated that the defendant repaid the store.

PROB 12B                                                                SD/FL PACTS No. 66274
(SD/FL 9/96)

Name of Offender: GEORGE, Margot                CASE NO. 00-6332-CR-WPD

     A meeting was held on June 2, 2004, between the probation officer and defendant. At that time, the defendant was confronted with the above violations. Subsequently, she admitted to being romantically involved with Mr. Montalvo, failing to report contact with law enforcement and of her termination from Big Lots. At that time, the supervised releasee agreed to 180 days of Home Detention/Electronic Monitoring as a sanction for her noncompliance, if the Court so orders.

     Please find attached the Probation 49 Form Waiver of Hearing to Modify Conditions of Supervised Release. Should Your Honor have any further questions, please do not hesitate to contact the undersigned probation officer.

Respectfully submitted,

by *[signature]*

John Steinhilber
U.S. Probation Officer
Phone: (305)808-6410
Date: June 3, 2004

---

THE COURT ORDERS:

[ ] No Action
[ ] The Extension of Supervision as Noted Above
[X] The Modification of Conditions as Noted Above
[ ] Submit a Request for _ Warrant or _ Summons

*[signature]*
Signature of Judicial Officer

June 25, 2004
Date